FILED
SCRANTON
APR 2 4 2017
PER_____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA
                        Plaintiff

                v.                                     Civil Action No:  16-00416

ALLAN E. HAMILTON
                        Defendant

### ORDER

AND NOW, this 21 day of April , 2017, upon consideration of Plaintiff's Motion

which states that notice has been given to all lien holders of record and no objection has been

made to the sale within the thirty (30) day period, it is hereby

### ORDERED

1.      That the public sale held on December 08, 2016 is hereby confirmed and the

interest of all lien holders are divested.

2.      That the Marshal is ordered and directed to execute and deliver to P. Terry Cline,

their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right,

title and interest of ALLAN E. HAMILTON in and to the premises sold located at 96 Parsonage

Street, Newville, PA 17241.

3.      The Deed shall be recorded by the Purchaser within thirty (30) days of its delivery

to the Purchaser by the Marshal.  The Purchaser is solely responsible for payment of all

recording charges and expenses.

4.      That jurisdiction is retained for such further orders or decrees as may be

necessary.

_____ J.