UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
|     Plaintiff : | CIVIL ACTION NO. 3:16-CV-0416 |
| : | (Judge Nealon) |
| v. : | |
| : | |
| ALLAN E. HAMILTON, : | |
|     Defendant : | |

FILED
SCRANTON
AUG 2 8 2017
PER _____
DEPUTY CLERK

<u>**ORDER**</u>

**AND NOW, ON THIS 28TH DAY OF AUGUST, 2017**, upon consideration of the Schedule of Distribution attached to this Order, as well as prior Orders of this Court granting Plaintiff's motion for default judgment, providing for sale of the property located at 96 Parsonage Street, Newville, Pennsylvania 17241, ("Property"), and approving and confirming the United States Marshal's sale of the Property, **IT IS HEREBY ORDERED THAT** the Schedule of Distribution attached to this Order is **APPROVED** and shall be entered on the docket by the Clerk of Court, and the United States Marshal shall distribute the proceeds of the sale of the Property in accordance with the Schedule of Distribution.

                                              /s/ William J. Nealon
                                              **United States District Judge**