UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>ALLAN E. HAMILTON<br><br>Defendant | CIVIL NO. 16-00416 |

## A. SCHEDULE OF DISTRIBUTION

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount bid by Third Party Purchaser..............................$99,000.00

Amount of cash received..............................................$99,000.00

**TO BE DISTRIBUTED AS FOLLOWS:**

US MARSHAL COSTS:

  Mileage and Fees........................................................$52.92

DEPARTMENT OF JUSTICE COSTS:
  (To be forwarded to: U.S. Department of Justice, Debt Accounting Operations Group, Suite 503 N, National Place Building, Washington, DC 20530-0001)

  Advertising Cost .....................................................$1,270.54

TOTAL COSTS TO U.S. GOVERNMENT ................................$1,323.46

Proceeds of sale less Marshals Costs to the United
States Department of Justice re: CDCS#2016A24810...................$97,676.54

Respectfully submitted,

KML Law Group, P.C.

By: /s/ Thomas I. Puleo
Thomas I. Puleo, Esquire
Pennsylvania Attorney I.D. No. 27615
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6309